# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                 Plaintiff,

    v.

CESAR SAMUEL IBANEZ-AVALOS,

                            Defendant.

Case No.:  19CR0488-DMS

JUDGMENT AND ORDER
GRANTING UNITED STATES'
MOTION TO  DISMISS THE
INDICTMENT

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment against Defendant Cesar Samuel Ibanez-Avalos be dismissed without prejudice.

Dated:  August 6, 2019

_____
Hon. Dana M. Sabraw
United States District Judge